SALVATORE T. GAMBINO, Appellant, v. CITY OF PEEKSKILL, Respondent.

Argued October 1, 1945; decided October 25, 1945.

*Edward G. Griffin* and *Arnold E. Feldman* for appellant.
*Isadore Vogel, Corporation Counsel,* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.